FILED
2020 May-20 PM 02:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| JOHN PRINCE, Plaintiff, | )<br>)<br>) |
| v. | ) Case No.: 5:20-cv-0208-LCB |
| HUI HULIAU, et al., Defendants. | )<br>)<br>) |

## ORDER

Before the Court is defendant Hui Huliau's "Motion for Approval of Operational Changes." (Doc. 34). The plaintiff is hereby **ORDERED** to file a response to the motion on or before June 5, 2020. Any reply shall be filed by June 19, 2020. Because the subject motion has been filed under seal, the parties may file their responses under seal.

**DONE** and **ORDERED** May 20, 2020.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE