FILED
2020 Jul-10  PM 04:54
U.S. DISTRICT COURT
N.D. OF ALABAMA



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

|                        |     |                             |
|------------------------|-----|-----------------------------|
| JOHN PRINCE            | )   |                             |
|                        | )   |                             |
| Plaintiff,             | )   |                             |
|                        | )   |                             |
| v.                     | )   | Case No.: 5:20-cv-0208-LCB  |
|                        | )   |                             |
| HUI HULIAU, et al.,    | )   |                             |
|                        | )   |                             |
| Defendants.            | )   |                             |

## ORDER AND JUDGMENT

In accordance with the memorandum opinion entered contemporaneously herewith, Hui Huliau's amended motion to dismiss (Doc. 38) is **DENIED IN PART**. The motion remains pending as it relates to Counts II, III, and IV.  Prince's amended motion for partial summary judgment (Doc. 40) is **GRANTED**.  Pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** that judgment be entered in favor of Prince as to Count I of his amended complaint.  Prince is hereby granted leave to amend the remainder of his complaint.

Further, Prince's motion to strike (Doc. 50) is **GRANTED IN PART AND DENIED AS MOOT IN PART** as described in the accompanying memorandum opinion**.**  Hui Huliau's first motion to dismiss (Doc. 18) is **DENIED AS MOOT** and Prince's first motion for partial summary judgment (Doc. 22) is **DENIED AS MOOT**.

**DONE** and **ORDERED** July 10, 2020.

**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE