

**Bainbridge Mims Rogers & Smith** LLP

ATTORNEYS AT LAW

June 2, 2023

**Via Electronic Mail**
Honorable Judge Liles C Burke
United States District Court for the
Northern District of Alabama
101 Holmes Avenue
Huntsville, AL 35801

      Re:    *Mediation of John Prince v. Hui Huliau, Deryl Wright and Howard Russell*
              In the U.S. District Court for the Northern District of Alabama
              Civil Action No. 5:20-CV-00208-LCB

Dear Judge Burke:

      It was my privilege to serve as mediator to assist the parties and counsel in the above-referenced matter pending before your Honor. Fortunately, they were able to reach a full settlement of all claims among and between the parties. It was a pleasure working with the parties and their excellent lawyers. I expect the lawyers will be filing the appropriate dismissal papers after more formal settlement documentation is finalized.

      Thank you for the opportunity to be of service to the Court, and to the parties and their fine counsel.

Very truly yours,

Bruce F. Rogers

BFR/rc

cc:    Attorneys of Record (via email)