FILED
2023 Aug-24 PM 04:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **JOHN PRINCE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.: 5:20-cv-00208-LCB |
| | ) |
| **HUI HULIAU; DERYL WRIGHT; and HOWARD RUSSELL,** | ) |
| | ) |
| **Defendants.** | ) |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of *The Federal Rules of Civil Procedure*, the parties hereby stipulate to the dismissal of all claims and counterclaims asserted, or which could have been asserted in this case, with prejudice, costs taxed as paid.

Respectfully submitted,

/s/ W. Brad English
W. Brad English
Benjamin L. McArthur
**MAYNARD NEXSEN PC**
655 Gallatin Street
Huntsville, Alabama 35801

/s/ C. Gregory Burgess
C. Gregory Burgess
Stephanie M. Hall
**LANIER FORD**
Post Office Box 2087
Huntsville, Alabama 35804